

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00407-CR

Michael **HORNADAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 637583
Honorable Michael Keasler, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, appellant's amended motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED November 2, 2022.

_____
Liza A. Rodriguez, Justice